IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| nCUBE CORPORATION,              )<br>                                                    )<br>           Plaintiff,              )<br>                                                    )<br>    v.                                             )<br>                                                    )<br> SEACHANGE INTERNATIONAL, INC., )<br>                                                    )<br>           Defendant.             )<br>                                                    ) | C.A. No. 02-228 (JJF) |

### **NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to FRCP 41(a)(1), plaintiff hereby dismisses this action in its entirety without prejudice.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*

Mary B. Graham (#2256)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302.658.9200

*Attorney for Plaintiff nCube Corporation*

OF COUNSEL:

Robert J. Gunther, Jr.
LATHAM & WATKINS
885 Third Avenue, Suite 1000
New York, NY 10022-4802
212.906.1200

David A. Nelson
Israel Sasha Mayergoyz
LATHAM & WATKINS
Sears Tower, Suite 5800
Chicago, IL 60606
312.876.7700

Dated: April 4, 2006
511929

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> William J. Marsden, Jr.
> FISH & RICHARDSON, P.C.
> 919 North Market Street, Suite 1100
> Wilmington, DE  19899

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on April 4, 2006 upon the following individuals in the manner indicated:

### BY HAND

> William J. Marsden, Jr.
> FISH & RICHARDSON, P.C.
> 919 North Market Street, Suite 1100
> Wilmington, DE  19899

> Melanie K. Sharp
> YOUNG CONAWAY STARGATT & TAYLOR, LLP
> The Brandywine Building, 17th Floor
> 1000 West Street
> Wilmington, DE  19899

### BY FACSIMILE

> Steven M. Bauer
> PROSKAUER ROSE LLP
> One International Place
> 14th Floor
> Boston, MA  02110-2600

*/s/ Mary B. Graham*

Mary B. Graham (#2256)

514518